UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Katharine S. Hayden |
| v. | : | Crim. No. 09-584 (KSH) |
| Salvador Parra | : | **SCHEDULING ORDER** |

Counsel jointly having requested that the Court issue a tentative trial and briefing schedule in this matter,

IT IS on this 6th day of May, 2010,

ORDERED that trial in this matter is set for July 13, 2010 at 9:00 a.m. Response to the pending motions shall be filed on or before June 14, 2010, and oral argument is scheduled for June 29, 2010 at 2:00 p.m.

   /s/ Katharine S. Hayden
Katharine S. Hayden
United States District Judge