UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Crim. No. 09-584 (KSH) |
| v. | : CONTINUANCE ORDER |
| NINO JAVIER ORTEGA and SALVADOR PARRA | : |

This matter having been opened to the Court by defendant Salvador Parra (Sean McGovern, Esq., appearing), and Paul J. Fishman, United States Attorney for the District of New Jersey (Anthony J. Mahajan, Assistant U.S. Attorney, appearing) for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that he has the right to have the matter tried within seventy days of the filing date of the Indictment, pursuant to Title 18 of the United States Code, Section 3161(c), and the defendant having waived such right, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations are in progress. The successful completion of such negotiations may render trial of this matter unnecessary.

2. Defendant has consented to the aforementioned continuance.

3. Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this 15th day of June 2010,

ORDERED that the proceedings in the above-captioned matter are continued from April 7, 2010 through July 13, 2010;

1

IT IS FURTHER ORDERED that the period between April 7, 2010 through July 13, 2010, shall be excludable in computing time under the Speedy Trial Act of 1974;

IT IS FURTHER ORDERED that any opposition by the Government to defendant's motions shall be filed no later than June 14, 2010;

IT IS FURTHER ORDERED that the hearing on the motion shall be held June 29, 2010, at 2:00 p.m.

IT IS FURTHER ORDERED that the trial in this matter will commence on July 13, 2010 at 9:00 a.

---

HONORABLE KATHARINE S. HAYDEN
United States District Judge

Requested and Agreed to by:

---

Sean McGovern, Esq.

---

Anthony J. Mahajan, AUSA

2